MINNIE TRAIKOS, Appellant, v. JAMES A. TRAIKOS, Respondent.

*Husband and wife — divorce — only evidence of adultery was given by defendant — said evidence was stricken out — improper to grant judgment in plaintiff's favor — judgment reversed and new trial ordered.*

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the Monroe county clerk's office on February 9, 1925, awarding a decree of absolute divorce.

PER CURIAM: We are of the opinion that the competent evidence in this case is not sufficient to justify the finding that the plaintiff had committed adultery. Upon the trial the defendant was permitted to testify to facts which tended to establish that the plaintiff had committed adultery and he also testified to confidential communications with his wife. Such evidence was received without objection. Later, during the trial, the plaintiff's counsel moved to strike out all the testimony given by the defendant which tended to establish plaintiff's adultery. The court afterwards struck out all such evidence, stating: " I shall strike out the testimony of James A. Traikos, the defendant; all that bears upon the question of the adultery of the wife." With that testimony stricken from the record, there remained no evidence upon which to base the eighth and twelfth findings of fact. The judgment should be reversed and a new trial granted. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ. Interlocutory judgment reversed on the law and new trial granted, with costs to appellant to abide event

--------

BENJAMIN RICKHOLD, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Appeal from order denying motion for a new trial upon ground of newly-discovered evidence dismissed, without costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Respondents, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners, etc., of Lands Claimed to Be Injured by the Change of Grade of Walden Avenue and Sycamore Street, and Claimed to Be Owned by THE GERMAN EVANGELICAL SOCIETY OF BUFFALO and Others. THE CITY OF BUFFALO and Another, Appellants; WEST SHORE RAILROAD COMPANY and Others, Respondents.— Order modified by striking out the provisions requiring the Erie Railroad Company to pay any part of the damages, and as so modified affirmed, with one bill of costs to the Erie Railroad Company, and one bill of costs to the New York Central Railroad Company and Buffalo · Housewrecking Company, against the City of Buffalo and the Grade Crossing Commissioners on the authority of *Matter of Grade Crossing Commissioners* (231 N. Y. 631). All concur, except Clark and Davis, JJ., who dissent and vote for affirmance. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WESTERN NEW YORK WATER COMPANY, Respondent, v. CITY OF BUFFALO and Others, Appellants.— Judgment affirmed, with costs. See opinion in case of *Western N. Y. Water Co.* v. *City of Buffalo* (213 App. Div. 458), decided herewith. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.